Kamala D. Harris, Attorney General of Calif.
Gary W. Schons, SAAG
Kevin Vienna, SDAG
Ronald A. Jakob, DAG
110 W "A" St., Ste. 1100
San Diego, CA 92101 (619) 645-2332

FILED
CLERK, U.S. DISTRICT COURT
MAY 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LEO CHAVEZ, | CASE NUMBER |
|---|---|
| Plaintiff(s), | EDCV 04-464-GHK (CW) |
| v. | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| TIMOTHY BUSBY, | ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: Leo Chavez, CDC #K-51683

Alias: Leo Chavez, Jr.

on May 16, 2011 at 1:30 p.m. before Judge/Magistrate Judge Carla Woehrle

(Date of Appearance)   (Time)

Dated: May 3, 2011

_Carla M. Woehrle_
**U.S. District Judge/U.S. Magistrate Judge**



(1116)

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM