# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO CHAVEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 04-464-BRO (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　**IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS HEREBY ORDERED**

Dated: May 24, 2016

　　　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE