**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEO CHAVEZ,<br><br>                    Petitioner,<br><br>              v.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>                    Respondent. | Case No. EDCV 04-464-BRO (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: May 24, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

-1-